# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

VICTOR A. TAVARES,

    Plaintiff,

    v.                                    C.A. No. 19-291-WES

RHODE ISLAND SUPERIOR COURT,
et al.

    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Memorandum and Order entered on August 21, 2019, judgment is hereby entered dismissing this action with prejudice in accordance with Fed. R. Civ. P. 58.

    August 21, 2019          By the Court:

                                      /s/Hanorah Tyer-Witek,
                                      Clerk of Court